## 33695. SECRIST v. THE STATE.

PER CURIAM.

After further consideration of the decision of the Court of Appeals in *Secrist v. State,* 145 Ga. App. 391 (243 SE2d 599) (1978), this court has decided that the writ of certiorari was improvidently granted.

*Writ dismissed. All the Justices concur, except Hill, J., who dissents.*

ARGUED JULY 10, 1978 — DECIDED SEPTEMBER 6, 1978.

*Jack H. Affleck, Jr.,* for appellant.
*Ken Stula, Solicitor,* for appellee.